IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1] | ) ) ) | Case No. 19-11466 (MFW) (Jointly Administered) |
| | ) | |
| Debtors. | ) ) | |
| CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, and ST. CHRISTOPHER'S HEALTHCARE, LLC, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Adv. Pro. No. 21-50910 (MFW) |
| UROLOGY FOR CHILDREN LLC, | ) ) | |
| Defendant. | ) | |

**DEFENDANT'S CORPORATE OWNERSHIP STATEMENT
PURSUANT TO FED. R. BANKR. P. 7007.1**

Defendant Urology for Children LLC, by and through undersigned counsel, states that there is no corporation that directly or indirectly owns 10% or more of any class of its equity interests.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

| | |
|---|---|
| Date: August 30, 2021<br>Wilmington, DE | **SULLIVAN · HAZELTINE · ALLINSON LLC**<br><br>*/s/ E.E. Allinson III*<br>Elihu E. Allinson, III (No. 3476)<br>919 North Market Street, Suite 420<br>Wilmington, DE 19801<br>Tel: (302) 428-8191<br>Email: zallinson@sha-llc.com<br><br>*Attorneys for Urology for Children LLC* |